IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| W. R. BERKLEY CORPORATION,<br>Plaintiff, | )<br>)<br>)<br>) | |
| v. | ) | CIVIL ACTION NO:  3:12cv00400(VLB) |
| KIMBERLY D. URBAN,<br>Defendant. | )<br>)<br>)<br>) | JUNE 14, 2012 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff W.R. Berkley Corporation hereby dismisses the captioned action, without prejudice, with each side to bear its own costs.

        PLAINTIFF,
        W.R. BERKLEY CORPORATION


        /s/ Jonathan B. Tropp
        Jonathan B. Tropp, ct11295
        jbtropp@daypitney.com
        Jeremy Blackowicz
        Day Pitney LLP
        One Canterbury Green
        Stamford, CT  06901
        Tel.:  (203) 977-7300
        Fax:  (203) 977-7301

71842903.1

## CERTIFICATE OF SERVICE

   I hereby certify that on June 14, 2012, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                /s/ Jonathan B. Tropp